

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

COMMONWEALTH OF VIRGINIA
EX REL. KENNETH T. CUCCINELLI, II
in his official capacity as
Attorney General of Virginia,

     Plaintiff,

v.                                        Civil Action No. 3:10cv188

KATHLEEN SEBELIUS,
Secretary of the Department
of Health and Human Services,
in her official capacity,

     Defendant.

### ORDER

The undersigned recuses himself from presiding over this action. It is hereby ORDERED that the Clerk reassign this action to another judge in accord with the standard assignment system.

It is so ORDERED.

                                   /s/       _REP_
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: March 23, 2010