**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA,            )<br>ex rel. Kenneth T. Cuccinelli, II, in his official  )<br>capacity as Attorney General of Virginia,     )<br>                                               )<br>           Plaintiff,                          )<br>                                               )<br>           v.                                 )<br>                                               )<br>KATHLEEN SEBELIUS, Secretary of the      )<br>Department of Health and Human Services,   )<br>in her official capacity,                      )<br>                                               )<br>           Defendant.                        )<br>                                               ) | Civil Action No. 3:10-cv-00188-HEH |

## **MOTION TO DISMISS**

The defendant, Kathleen Sebelius, Secretary of the United States Department of Health and Human Services, by the undersigned counsel, respectfully moves this Court for an order dismissing this action for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), or, in the alternative, for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6). In support of this motion, the defendant refers the Court to the accompanying Memorandum in Support of Defendant's Motion to Dismiss.

WHEREFORE, the defendant, by counsel and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully requests that the Court issue an order dismissing the above-captioned case, and for such other relief as the Court deems just and proper.

DATED this 24th day of May, 2010.

        Respectfully submitted,

        TONY WEST
        Assistant Attorney General

        IAN HEATH GERSHENGORN (admitted *pro hac vice*)
        Deputy Assistant Attorney General

        NEIL H. MacBRIDE
        United States Attorney

By:    /s/ Jonathan H. Hambrick
        JONATHAN H. HAMBRICK, VSB # 37590
        Assistant United States Attorney
        Office of the United States Attorney
        600 East Main Street, Suite 1800
        Richmond, Virginia 23219
        Telephone: (804) 819-5400
        Fax: (804) 819-7417
        Email: jay.h.hambrick@usdoj.gov

        JENNIFER R. RIVERA, VSB # 29281
        Director
        SHEILA M. LIEBER (admitted *pro hac vice*)
        Deputy Director
        JOEL McELVAIN (admitted *pro hac vice*)
        ERIKA L. MYERS (admitted *pro hac vice*)
        Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., NW, Room 7332
        Washington, D.C. 20001
        Telephone: (202) 514-2988
        Fax: (202) 616-8202
        Email: Joel.McElvain@usdoj.gov

        *Attorneys for the Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Earle Duncan Getchell, Jr.
>Charles E. James, Jr.
>Stephen R. McCullough
>Wesley Glenn Russell, Jr.
>Office of the Attorney General
>900 E. Main Street
>Richmond, Virginia 23219


>   /s/ Jonathan H. Hambrick
>JONATHAN H. HAMBRICK, VSB # 37590
>Assistant United States Attorney
>Office of the United States Attorney
>600 East Main Street, Suite 1800
>Richmond, Virginia 23219
>Telephone:	(804) 819-5400
>Fax:	(804) 819-7417
>Email:	jay.h.hambrick@usdoj.gov