## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA ) <br> EX REL. KENNETH T. CUCCINELLI, II, ) <br> in his official capacity as Attorney ) <br> General of Virginia, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KATHLEEN SEBELIUS, ) <br> SECRETARY OF THE DEPARTMENT ) <br> OF HEALTH AND HUMAN SERVICES, ) <br> in her official capacity, ) <br> ) <br> Defendant. ) | Civil Action No. 3:10CV188-HEH |

## ORDER

On June 3, 2010, an Initial Pre-trial Conference was held pursuant to Federal Rule of Civil Procedure 16. At this Conference, the Court set forth the following hearing dates for oral argument:

1. Defendant's Motion to Dismiss – July 1, 2010 at 10:00 a.m.

2. Motions for Summary Judgment – October 18, 2010 at 9:00 a.m.

The parties are instructed to set their own briefing schedule for Motions for Summary Judgment, however, all briefs are due fourteen (14) days before the October 18, 2010 hearing date.

In addition, all amicus filings are due fourteen (14) days before the hearing date on which the specific brief addresses.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                                  /s/
                                         Henry E. Hudson
                                         United States District Judge

Date: June 3, 2010
Richmond, VA