**CIVIL NON-JURY TRIAL OR MOTION HEARING**                                Date: June 3, 2010
**MINUTE SHEET**

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>Commonwealth of Virginia, Ex Rel.<br>  Kenneth T. Cuccinelli, II<br>           v.<br>Kathleen Sebelius | CASE NO:   3:10CV00188-HEH<br><br>JUDGE:   HUDSON<br><br>COURT REPORTER:   LISCIO, OCR |

MATTER ON FOR: ( ) BENCH TRIAL ( ) MOTION HEARING ( X ) OTHER:  Initial Pretrial Conference

APPEARANCES:   Parties ( X ) by ( ) with counsel     Pro Se ( )

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ( )   DEFENDANT(S) ( )   COURT ( )
OPENING STATEMENTS MADE ( )          OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( ) MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED ( )     SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )         ARGUMENTS OF COUNSEL HEARD ( )
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )
MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )
COURT FOUND IN FAVOR OF PLAINTIFF(S)  ( )   MONETARY AWARD $_____
COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____
CLERK TO ENTER JUDGMENT ON DECISION   ( )     TRIAL EXHIBITS RETURNED TO COUNSEL ( )
CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

**ADDITIONAL NOTATIONS:**

Matter came on for Initial Pretrial Conference.
Hearing on Defendant's Motion to Dismiss scheduled for July 1, 2010 at 10:00 a.m.
Hearing on Motions for Summary Judgment scheduled for October 18, 2010 at 9:00 a.m.;
       all briefs due 14 days prior to hearing date.

_____
Counsel for Plaintiff(s):

   • E. Duncan Getchell, Jr.; Wesley G. Russell, Jr.; Stephen R. McCullough
_____
Counsel for Defendant(s):

   • Ian Gershengorn; Joel McElvain; Jonathan H. Hambrick; Erica Meyers

_____

SET:   9:15 a.m.     BEGAN:   9:17 a.m.     ENDED:   9:25 a.m.          TIME IN COURT:   0:08