June 3, 2010

**UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF VIRGINIA ( RICHMOND, VIRGINIA )**
701 East Broad Street, Suite 3000
Richmond, Virginia 23219

<u>**CERTIFIED MAIL**</u>

Re: <u>Virginia v. Sebelius, CA No. 3: 10 CV 188</u>

<u>**ATTENTIN:**</u> Clerk of the Court

Please find attached hereto three copies of the motion, certificate of service and the Amicus curiae brief for the party named below. The original plus one for the official court file and one additional copy to be forwarded to *District Court Judge Henry E. Hudson,* who has been assigned this case.

It is requested that the pleadings be promptly forwarded to the judge to be reviewed and placed on the docket for the above captioned cause of action *simultanously* with Plaintiff's response to Defendants *Motion to Dismiss* due on the 7th **day of June, 2010.**

Your prompt and immediate attention to this matter will be greatly appreciated. Any and all mail whatsoever will be received at the address below.

Respectfully submitted,

/s/ *Ray Elbert Parker*
RAY ELBERT PARKER Pro se
Post office Box 320636
Alexandria, Virginia 22320
(703) 328 – 2366

Enclosures: 1. Motion to file Amicus Curiae
2. Certificate of Service
3. Amicus curiae Brief

RECEIVED
JUN – 4 2010
CLERK, U.S. DIST.
RICHMOND