**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA,<br>ex rel. Kenneth T. Cuccinelli, II, in his official<br>capacity as Attorney General of Virginia,<br><br>    Plaintiff,<br><br>  v.<br><br>KATHLEEN SEBELIUS, Secretary of the<br>Department of Health and Human Services,<br>in her official capacity,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:10-cv-00188-HEH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>MOTION FOR SUMMARY JUDGMENT</u>

The defendant, Kathleen Sebelius, Secretary of the United States Department of Health and Human Services, by the undersigned counsel, respectfully moves this Court for an order awarding her summary judgment pursuant to Rule 56(b) of the Federal Rules of Civil Procedure. In support of this motion, the defendant refers the Court to the accompanying Memorandum in Support of Defendant's Motion for Summary Judgment, and the Appendix of Exhibits in Support of Defendant's Motion for Summary Judgment.

WHEREFORE, the defendant, by counsel and pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, respectfully requests that the Court issue an order awarding her summary judgment in the above-captioned case, and for such other relief as the Court deems just and proper.

DATED this 3rd day of September, 2010.

                          Respectfully submitted,

                          TONY WEST
                          Assistant Attorney General

                          IAN HEATH GERSHENGORN (admitted *pro hac vice*)
                          Deputy Assistant Attorney General

                          NEIL H. MacBRIDE
                          United States Attorney


By:      /s/ Jonathan H. Hambrick
                          JONATHAN H. HAMBRICK, VSB # 37590
                          Assistant United States Attorney
                          Office of the United States Attorney
                          600 East Main Street, Suite 1800
                          Richmond, Virginia 23219
                          Telephone:    (804) 819-5400
                          Fax:          (804) 819-7417
                          Email:       jay.h.hambrick@usdoj.gov

                          JENNIFER R. RIVERA, VSB # 29281
                          Director
                          SHEILA M. LIEBER (admitted *pro hac vice*)
                          Deputy Director
                          JOEL McELVAIN (admitted *pro hac vice*)
                          Senior Counsel
                          United States Department of Justice
                          Civil Division, Federal Programs Branch
                          20 Massachusetts Ave., NW, Room 7332
                          Washington, D.C. 20001
                          Telephone:    (202) 514-2988
                          Fax:          (202) 616-8202
                          Email:       Joel.McElvain@usdoj.gov

                          *Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2010, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will send a notification of such filing

(NEF) to the following:

> Earle Duncan Getchell, Jr.
> Charles E. James, Jr.
> Stephen R. McCullough
> Wesley Glenn Russell, Jr.
> Office of the Attorney General
> 900 E. Main Street
> Richmond, Virginia 23219

>    /s/ Jonathan H. Hambrick
> JONATHAN H. HAMBRICK, VSB # 37590
> Assistant United States Attorney
> Office of the United States Attorney
> 600 East Main Street, Suite 1800
> Richmond, Virginia 23219
> Telephone:    (804) 819-5400
> Fax:             (804) 819-7417
> Email:          jay.h.hambrick@usdoj.gov