# IN THE UNITED STATES DICTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

COMMONWEALTH OF VIRGINIA )
EX REL. KENNETH T. CUCCINELLI, II, )
in his official capacity as Attorney )
General of Virginia )
)
　　　　　　　Plaintiff, )
)
v. ) Civil Action No. 3:10CV188-HEH
)
KATHLEEN SEBELIUS, )
SECRETARY OF THE DEPARTMENT )
OF HEALTH AND HUMAN SERVICES, )
In her official capacity, )
)
　　　　　　　Defendant. )

FILED SEP 2 1 2010 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## OPTIONAL MOTION FOR LEAVE TO FILE AMICUS BRIEF

W. Spencer Connerat, III, citizen and resident of the State of Florida, hereby requests leave to file this short, yet important brief in the above-styled case. He is a holder of the common stock of Philip Morris International Inc., a Virginia corporation, and supports the Plaintiff, Hon. Kenneth Cuccinelli.

Mr. Connerat acts in good faith, does not represent any party, other than himself, in this *amicus curiae*, and under penalty of Law states only the Truth. Out of respect for the Court, the brief is only three (3) pages in length. There is a certified document of relevance included as the final page. If the Patient Protection and Care Affordability Act (PPCAA) is not thwarted in this action, Mr. Connerat, degreed in Economics from the University of Virginia, has modeled that the robust health of his Virginia

1

1 | corporation, including the capacity to pay future dividends, will be diminished, affecting his fellow
2 | stockholders, as well as himself.  In summary, the model posits that a violation of the Virginia Health
3 | Care Freedom Act, would have repercussions in terms of lowered morale, and the appurtenant effects on
4 | productivity of workers, at Philip Morris International Inc, plus other Virginia corporations.
5 | Mr. Connerat humbly seeks to bring to the attention of the Court a facet of the unlawful nature of
6 | the PPCCA which not been mentioned heretofore.  This is a judicial purpose for having such a brief as is
7 | being presented here.  Such a high profile case would not lend itself to either side accepting such a brief,
8 | written by a Florida man, who spent much of this day at repose, watching college football.  Therefore, it
9 | is requested that the Judge grant leave in this special circumstance.  What is attached as the final page of
10 | this brief is a Certified Copy of a Notice filed in the 6th Judicial Circuit, in the State of Florida.  This
11 | document is admissible as fact, and serves as *prima facie* evidence that the PPCAA is not valid as Law,
12 | due to the fact that the underlying Bill was signed on March 23, 2010, by a man who just five (5) days
13 | earlier admitted that he was ineligible to hold the office entitling him to sign such Bill into Law.
14 | With the actual document attached, and with nothing further, this friend returns to repose, as
15 | Virginia plays University of Southern California, and he has not watched enough football this date.
16 | I hereby certify that the foregoing statements made by me are true, to the best of my knowledge.
17 | I am aware that if any of the foregoing statements made by me are willfully false, or if not made in good
18 | faith, I am subject to punishment.
19 | Respectfully submitted (via U.S.P.S. 1st Class mail) on September 13, 2010.
20 | Both Plaintiff and Defendant served via U.S.P.S. 1st Class Mail on September 13, 2010.
21 | Document signed on September 11, 2010, in advance of mailing three letters Monday, September
22 | 13, 2010, postmarked from Tampa, Florida Post Office.
23 | _W. S. C—_ [signature]
24 | W. Spencer Connerat, III
25 | 13584 Feather Sound Circle, W.
    | Apt. 2009
    | Clearwater, FL 33762
    | (727) 556-0170

2

# TACIT ADMISSION OF INELIGIBILITY
## CONFESSION IN OPEN COURT

WHEREAS Defendant Barack Hussein Obama II received a Certified Letter of Redress dated 2/26/2009 from Plaintiff William Spencer Connerat III, on 3/25/2009, and numbered 7008 1830 0000 2749 6597 by United States Postal Service;

The final paragraph reading:

*"If and when a second rebuke of this Citizen's humble request is manifested, then I shall seek to record a true and correct copy of such tacit admission of ineligibility to the Office of President of the United States of America in the Pinellas County Courthouse."*

WHEREAS aforementioned Letter was met with ignorance and capitulation, the Defendant neither responding, nor appearing in Court,

And WHEREAS the Plaintiff seeks to fulfill his promise to record,

BE IT THEREFORE RESOLVED, that this document represents a recorded ADMISSION OF INELIGIBILITY by the Defendant, A CONFESSION IN OPEN COURT, AND THE BASIS FOR AN ACTION OF TREASON, in this State and in any other jurisdiction which may deem such tacit admission as fact.

RE: 522009SC005522XXSCSC
  Connerat vs. Obama
  Filed March 18, 2010
  Pinellas county, Florida

STATE OF FLORIDA - PINELLAS COUNTY
I hereby certify that the foregoing is a true copy as the same appears among the files and records of this court.
This ___ day of March, 2010
KEN BURKE
Clerk of Circuit Court
By Theo Malu
Deputy Clerk