IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| COMMONWEALTH OF ) <br> VIRGINIA EX REL. KENNETH ) <br> T. CUCCINELLI, II, ) <br>   in his official capacity as Attorney ) <br>   General of Virginia, ) <br>                           Plaintiff, ) <br> v. ) <br>                                   ) <br> KATHLEEN SEBELIUS, ) <br>   Secretary of the Department ) <br>   of Health and Human Services, ) <br>   in her official capacity, ) <br>                           Defendant. ) <br>                                   ) | No. 3:10-cv-00188-HEH |

ORDER GRANTING LEAVE
TO FILE BRIEF AS *AMICI CURIAE*

This matter is before the Court on the motion of *amici* the Cato Institute, the Competitive Enterprise Institute and Professor Randy E. Barnett for leave to file a brief as *amici curiae* supporting Plaintiff's Motion for Summary Judgment and opposing Defendant's Motion for Summary Judgment.

Having considered the motion, IT IS ORDERED that the motion for leave to file a brief as *amici curiae* is granted.

Done: Oct. 1, 2010

/s/
_____
Hon. Henry E. Hudson
United States District Judge